| | |
|---|---|
| DISTRICT COURT, ARAPAHOE COUNTY, COLORADO<br><br>Court Address: 7325 South Potomac Street<br>Centennial, CO 80112 | DATE FILED: April 15, 2015 10:03 AM<br>FILING ID: 93ADAF192C14C<br>CASE NUMBER: 2015CV30976 |
| Plaintiff: Marvin Willis<br><br>Defendant: Twin City Fire Insurance Company | ▲COURT USE ONLY▲ |
| Attorneys for Plaintiff:<br>Patricia A. Meester<br>Franklin D. Azar & Associates, P.C.<br>14426 East Evans Avenue<br>Aurora, Colorado 80014<br>Phone Number: 303-757-3300<br>Fax Number: 303-757-3206<br>E-Mail: meesterp@fdazar.com<br>Atty. Reg. #29523 | Case Number:<br><br>Division/Ctrm: |
| **COMPLAINT** ||

COMES NOW Plaintiff, Marvin Willis, by and through his attorneys, Franklin D. Azar and Associates, P.C., Patricia A. Meester, for his Complaint against the Defendant, states and alleges as follows:

## GENERAL ALLEGATIONS

1. Plaintiff is an individual and resident of the State of Colorado.

2. Defendant Twin City Fire Insurance Company is a corporation doing business in the State of Colorado.

3. Venue is proper herein pursuant to C.R.C.P. 98.

4. This Court has jurisdiction over this matter pursuant to C.R.S. § 13-1-124.

1

5. On or about December 12, 2013, Plaintiff, who was the driver of a 2001 Ford F250, was southbound on E-470 in the right lane.

6. An uninsured motorist, who was not identified, was travelling southbound on E-470 in the left lane. The motorist moved into the right lane from the left, forcing Plaintiff off the road.

7. Plaintiff was not negligent on the occasion in question.

8. No third party caused, or contributed to the cause, of the accident and Plaintiff's injuries, damages, and losses.

## FIRST CLAIM FOR RELIEF
### (BREACH OF CONTRACT)

9. Plaintiff incorporates all prior allegations as though fully set forth herein.

10. Sometime prior to the accident, Plaintiff, entered into a contract with Defendant Twin City Fire Insurance Company for the purpose of obtaining automobile insurance, which policy includes coverage for claims involving uninsured and under-insured motorists. At all times pertinent to the within action, all the premiums as required under the contract for insurance were paid to Defendant Twin City Fire Insurance Company.

11. Plaintiff has advised Defendant Twin City Fire Insurance Company of a claim for uninsured motorist benefits for this incident under its policy of insurance, and otherwise fully cooperated with Defendant Twin City Fire Insurance Company in connection with the claim.

12. Plaintiff is an intended beneficiary of Defendant Twin City Fire Insurance Company's insurance policy/contract and is therefore entitled to enforce its terms.

13. Plaintiff is entitled to be compensated by Defendant Twin City Fire Insurance Company for all damages he has incurred, including pain, suffering, loss of enjoyment of life, loss of earnings and earning capacity, permanency and/or impairment, and disability, under the uninsured motorist coverage of the policy.

14. Defendant has denied payment of the benefits owed under the terms of the policy.

## SECOND CLAIM FOR RELIEF
### (FIRST PARY STATUTORY CLAIM UNDER C.R.S. § 10-3-1116)

15. Plaintiff incorporates all prior allegations as though fully set forth herein.

16. Defendant Twin City Fire Insurance Company has denied payment of uninsured motorist benefits to Plaintiff without a reasonable basis for its action.

17. Defendant Twin City Fire Insurance Company's unreasonable position and conduct has caused Plaintiff damage by the loss of the compensation that is due to him and which Defendant should have previously paid to him.

18. In accordance with C.R.S. §10-3-1116, Plaintiff is entitled to recover from Defendant Twin City Fire Insurance Company two times the covered uninsured motorist benefits plus reasonable attorney's fees and court costs.

## THIRD CLAIM FOR RELIEF
### (BAD FAITH)

19. Plaintiff incorporates all prior allegations as though fully set forth herein.

20. Defendant Twin City Fire Insurance Company owed Plaintiff a duty to act in good faith in reviewing, adjusting and settling his claims.

21. Defendant Twin City Fire Insurance Company breached its duties to its insured, and acted in bad faith, through its conduct as described above and by engaging in the following, among other acts:

    (a) Compelling this Plaintiff to institute litigation to recover amounts due him under the uninsured motorist bodily injury liability benefits afforded Plaintiff under the insurance policy;
    (b) Favoring the interests of Defendant Twin City Fire Insurance Company, an insurer, over those of Plaintiff, an insured, to whom Defendant Twin City Fire Insurance Company owes fiduciary and statutory duties;
    (c) denying payment of reasonable compensation for the injuries, damages, and losses Plaintiff suffered at the hands of an uninsured motorist;
    (d) Failing to provide copies of the policy of insurance in a timely manner when requested; and,

   (e)  Incompetently investigating and/or evaluating Plaintiff's claim.

22. Defendant Twin City Fire Insurance Company's actions are unreasonable.

23. Defendant Twin City Fire Insurance Company knew its conduct was unreasonable or disregarded the fact that its conduct was unreasonable.

24. As a direct result of Defendant's breaches of its duties to its insured, Plaintiff has been damaged including, but not necessarily limited to:

   a. Being forced to incur additional costs in litigation;
   b. Enduring the emotional trauma of being unnecessarily involved in a lawsuit with defendant; and
   c. Being deprived of the use of funds that would otherwise be used for such things as medical treatment and for lost wage coverage which should have been paid by now.

  WHEREFORE, Plaintiff prays for judgment against Defendant for all general damages, economic damages, all statutory and necessary costs including, but not limited to, expert witness fees and the expenses incurred in investigation and discovery required to present Plaintiff's claims, attorney fees and interest from the time of the occurrence, post-judgment interest at the requisite rate, and for such other and further relief as this Court shall deem proper, just, and appropriate under the circumstances.

  Respectfully submitted this 15th day of April, 2015.

           FRANKLIN D. AZAR & ASSOCIATES, P.C.
           By: */s/ Patricia A. Meester*
           Patricia A. Meester, #29523
           Counsel for Plaintiff

**Plaintiff's Address:**
**3760 Vanderhoof Street**
**Bennett, CO 80102**