IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01018-KLM

MARVIN WILLIS,

    Plaintiff,

v.

TWIN CITY FIRE INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

This matter is before the Court on Defendant's **Unopposed Motion for Entry of Protective Order** [#12] and on the parties' **Joint Motion to Reschedule Scheduling/Planning Conference** [#13].

IT IS HEREBY **ORDERED** that the Unopposed Motion for Entry of Protective Order [#12] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [#12-1] supplied by Defendant is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

IT IS FURTHER **ORDERED** that the Joint Motion to Reschedule Scheduling/Planning Conference [#13] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Scheduling Conference set for July 23, 2015 at 11:00 a.m. is **VACATED** and **RESET** to **September 23, 2015**[1] at **10:30 a.m.** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures. The parties shall submit the proposed scheduling order no later than **September 16, 2015**.

Dated: June 8, 2015

---

[1] The dates requested by the parties have no available settings on the Court's calendar.